## Kline Will.

Argued April 27, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Emanuel Goldberg,* for appellants.

*Paul W. Mahady,* with him *Thomas R. Mahady* and *Mahady & Mahady,* for appellees.

OPINION PER CURIAM, June 27, 1955:
Decree declining to grant an issue *devisavit vel non* dismissing the appeal from probate and confirming decree of probate is affirmed on the opinion of President Judge COPELAND at the cost of appellants.